EX PARTE J. O. ROBERTS.

No. 18140. Delivered November 6, 1935.

The opinion states the case.

*Fred Woodard,* of Crane, and *Mae M. Ament,* of Alpine, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

LATTIMORE, JUDGE.—From an order remanding appellant to the custody of the sheriff upon a hearing of an application for a writ of habeas corpus, appellant attempts to bring this case here on appeal.

We observe in the record no notice of appeal given and entered as required by law. The only way this court acquires jurisdiction of an appealed case is by the giving and entry of a proper notice of appeal.

Being without jurisdiction, the appeal is dismissed.

*Appeal dismissed.*